**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, AND THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

                                Petitioners,

                -against-

P 786, INC. A/K/A P786, INC.,

                               Respondent.
------------------------------------------------------------------X

25 **CIVIL** 3460 (RA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 22, 2026, the petition to confirm the arbitration award of $117,670.16 is granted. Accordingly, judgment is entered in the amount of $117,670.16 plus (1) $2,787.5 in attorneys' fees and $131.8 in costs; (2) pre-judgment interest from December 6, 2024 through the date of judgment in this action at the rate of 10.50% in the amount of $17,026.71; and (3) post-judgment interest at the statutory rate and the case is closed.

**Dated**: New York, New York
      April 23, 2026

                                        TAMMI M. HELLWIG

                                             Clerk of Court

                          BY:
                                               Deputy Clerk